UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DUPREE GREEN, et al.,<br><br>　　　　　　Defendants. | C15-1431 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Unopposed Motion for Withdrawal of Counsel, docket no. 71, filed by counsel for defendant Joey Tracy is DENIED without prejudice. A motion for withdrawal "shall include a certification that the motion was served on *the client* and opposing counsel." Local Civil Rule 83.2(b)(1) (emphasis added). The instant motion for withdrawal does not include the required certification that the motion was served on Mr. Tracy.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of February, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1